1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,                )
                                             )
9                        Plaintiff,          )
                                             )
10             v.                            )          2:10-CR-499-PMP (GWF)
                                             )
11   RANDY HAAS,                             )
                                             )
12   _____Defendant._____)

13                 **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on March 11, 2011, defendant RANDY HAAS pled guilty to Count Two

15   of a Three-Count Criminal Indictment charging him with Discharging a Firearm During a Crime of

16   Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii). #26, #27.

17          This Court finds defendant RANDY HAAS agreed to the forfeiture of the property set forth

18   in Forfeiture Allegation of the Criminal Indictment. #27.

19          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20   America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

21   Criminal Indictment and the offense to which defendant RANDY HAAS pled guilty.

22          The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

23   924(d)(1) and Title 28, United States Code, Section 2461(c):

24                 a.     One (1) Ruger 9mm Model P89DC with serial number 30792849; and

25                 b.     any and all ammunition.

26   . . .

1    This Court finds the United States of America is now entitled to, and should, reduce the

2    aforementioned property to the possession of the United States of America.

3         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4    United States of America should seize the aforementioned property.

5         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6    RANDY HAAS in the aforementioned property is forfeited and is vested in the United States of

7    America and shall be safely held by the United States of America until further order of the Court.

8         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12   the name and contact information for the government attorney to be served with the petition, pursuant

13   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19        Michael A. Humphreys
          Assistant United States Attorney
20        Daniel D. Hollingsworth
          Assistant United States Attorney
21        Lloyd D. George United States Courthouse
          333 Las Vegas Boulevard South, Suite 5000
22        Las Vegas, Nevada 89101.

23   . . .

24   . . .

25   . . .

26   . . .

2

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __ 16th day of March, 2011.


UNITED STATES DISTRICT JUDGE

3

1

**PROOF OF SERVICE**

2
     I, Heidi Skillin, certify that the following individuals were served with copies of the

3
Preliminary Order of Forfeiture on March 16, 2010 by the below identified method of service:

4
    <u>Electronic Filing</u>

5
    William C. Carrico
    Federal Public Defender

6
    411 E. Bonneville, Suite 250
    Las Vegas, NV 89101

7
    ECF_Vegas@fd.org
    *Counsel for Randy Haas*

8

9
                   /s/ HeidiSkillin_____
                   HEIDI SKILLIN

10
                   Forfeiture Support Associate Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4