# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                         **JUDGMENT**

          Plaintiff-Respondent,

   v.                          Case Number: **2:10-cr-00499-LRH-GWF**

                           (Related Civil Case 2:16-cv-01405-LRH )

RANDY HAAS,

             Defendant-Petitioner.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Haas' motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C.§ 2255 (ECF Nos. 37, 39) is **DENIED**.

        **IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

        **IT IS FURTHER ORDERED** that judgment is hereby entered and this case is closed.

Date:  October 2, 2019

                                    DEBRA K. KEMPI
                                    Clerk



                                 /s/  D.R. Morgan
                                  Deputy Clerk